■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN SAUNDERS, Appellant. [43 NYS3d 750]—

Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered May 16, 2012, as amended June 19, 2012, convicting defendant, upon his plea of guilty, of rape in the second degree, and sentencing him to a term of two years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for a youthful offender determination, and otherwise affirmed.

Defendant is entitled, based on *People v Rudolph* (21 NY3d 497 [2013]), to an express youthful offender (YO) determination. Although the court denied YO treatment, the record does not establish that it did so on any basis other than that it was not part of the agreed-upon sentence (*see People v Malcolm*, 118 AD3d 447 [1st Dept 2014]). Concur—Acosta, J.P., Mazzarelli, Andrias, Feinman and Webber, JJ.